IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-223-BO

| | |
|---|---|
| SARA L. CROWE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   **ORDER**<br>) |
| O. WESLEY STEWART, individually and in his official capacity as the Director of the Pender County Department of Social Services, | )<br>)<br>)<br>)<br>) |
| PENDER COUNTY DEPARTMENT OF SOCIAL SERVICES | )<br>)<br>) |
| Defendant. | ) |

This matter is before the court regarding the Consent Motion to Extend Time to Complete Discovery [DE-22]. For good cause shown, and for the reasons stated in the Motion, the court GRANTS the motion to extend time and modifies the Scheduling Order [DE-17] as follows:

1. All discovery shall be completed no later than **February 28, 2022**.

2. All potentially dispositive motions shall be filed no later than **March 30, 2022**.

All portions of the Scheduling Order entered on March 25, 2021 [DE-17] not modified herein remain in place.

SO ORDERED, the 2nd day of November, 2021.

Brian S. Meyers
United States Magistrate Judge